HOUSSIERE, DURANT & HOUSSIERE, LLP
1990 Post Oak Boulevard, Suite 800
Houston, Texas 77056-3812
Telephone: 713-626-3700
Facsimile: 713-626-3709

Monica C. Vaughan
Texas Bar No. 00794784
Attorneys for Plaintiff, Beatrice Ybarra

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:06-CV-07328-CRB<br><br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Beatrice Ybarra,<br>           Plaintiff,<br>vs.<br>Pfizer Inc., et al.<br>           Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, BEATRICE YBARRA, and Defendants, by and through the undesigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorney's fees and costs.

DATED: Sept. 14, 2009     HOUSSIERE, DURANT & HOUSSIERE, LLP

By: _____
Monica C. Vaughan
Attorneys for Plaintiff, Beatrice Ybarra


DATED: December 8, 2009     DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
Attorneys for Defendants


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **DEC 1 1 2009**     _____
Hon. Charles R. Breyer
United States District Court

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE